UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Criminal No. 12-39-GFVT |
| | ) | |
| V. | ) | |
| | ) | |
| NOVELLA LAWSON, | ) | **ORDER** |
| | ) | |
| Defendant. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is before the Court on the Recommended Disposition [R. 26] filed by United States Magistrate Judge Hanly A. Ingram.  On November 29, 2012, Lawson filed a motion asking the Court to consider the issue of her competency. [R. 15.]  Magistrate Judge Ingram conducted a hearing on that motion and found that a competency evaluation should be undertaken. [R. 26 at 1-2.]  Lawson, who is not detained, was evaluated by Dr. Paul Anthony Ebben.  Dr. Ebben interviewed Lawson and asked her to fill out several assessments, which were analyzed and then summarized in a written report. [R. 23.]

On February 27, 2013, Magistrate Judge Ingram held a hearing on Dr. Ebben's report, and on March 7, 2013 the Recommended Disposition was filed. [R. 26 at 2.]  Magistrate Judge Ingram recommended a finding that the Defendant, Novella Lawson, is competent to face further proceedings, including trial.  As noted in the Recommended Disposition and pursuant to Rule 59(b) of the Federal Rules of Criminal Procedure, the parties were notified to file any objections to the Magistrate Judge's recommendation within fourteen (14) days of service.  [R. 26 at 7-8.]  As of this date, neither party has filed objections nor sought an extension of time to do so.

Generally, this Court must make a *de novo* determination of those portions of the Report and Recommendation to which objections are made. 28 U.S.C. § 636(b)(1)(c). When no objections are made, this Court is not required to "review . . . a magistrate's factual or legal conclusions, under a de novo or any other standard." *See Thomas v. Arn*, 474 U.S. 140, 151 (1985). Parties who fail to object to a magistrate judge's report and recommendation are also barred from appealing a district court's order adopting that report and recommendation. *United States v. Walters*, 638 F.2d 947 (6th Cir. 1981). Nevertheless, this Court has examined the record and agrees with Magistrate Judge Ingram's Recommended Disposition. Accordingly, and the Court being sufficiently advised, it is hereby **ORDERED** as follows:

1. The Recommended Disposition [R. 26] as to Novella Lawson is **ADOPTED** as and for the Opinion of the Court;

2. The Defendant, Novella Lawson, is found to be competent to face further proceedings, including trial, in this matter;

3. Trial for Novella Lawson, having been postponed indefinitely, will be set for **Monday, June 3, 2013** at the hour of **10:00 a.m.** in **London**, Kentucky;

4. The pretrial deadlines set forth in the Court's Standing Pretrial and Trial Management Order shall be relative to this new trial date;

5. In the event a plea agreement is reached in this matter, any motion for rearraignment shall be filed **no later than (14) days** prior to the trial date. Further, if the parties execute a written plea agreement, the United States of America is directed to provide a courtesy copy to the undersigned's Chambers at *GFVT_chambers@kyed.uscourts.gov* **no later than two (2) days** before the scheduled rearraignment;

6. The time between April 11, 2013 and June 3, 2013 is **DECLARED** excludable

pursuant to 18 U.S.C. §§ 3161(h)(6) & (7)(A)-(B); *see also* [R. 18].  For the reasons set forth herein, the Court **FINDS** that the ends of justice served by the granting of such continuance outweigh the best interests of the public and the defendants in a speedy trial.

This 11th of April, 2013.

Signed By:

*Gregory F. Van Tatenhove*

**United States District Judge**